**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-7222

REGINALD L. WILSON,

Plaintiff - Appellant,

v.

BRAD PERRITT; KENNETH E. LASSITER; GEORGE W. BAYSDEN, JR.;
AMANDA EDWARDS; ROSEMARY E. BIANCARDI; JOHN DOE, #1; JOHN
DOE, #2,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  Terrence W. Boyle, District Judge.  (5:20-ct-03376-BO)

Submitted:  November 22, 2022                    Decided:  November 28, 2022

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Reginald L. Wilson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald L. Wilson appeals the district court's order dismissing his 42 U.S.C. § 1983 action for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Wilson v. Perritt*, No. 5:20-ct-03376-BO (E.D.N.C. Aug. 9, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*